**Joseph GREGORY, Guardian of Alice Kulow, v. Caral W. DUKE et al.**

No. 6005.

Circuit Court of Appeals, Sixth Circuit.

Oct. 9, 1931.

H. C. Milligan, of Detroit, Mich., for appellant.

F. J. Ward, of Detroit, Mich., for appellees.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellee.

**C. L. GRINDSTAFF v. A. B. VANCE.**

No. 5827.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1932.

Grindstaff & Campbell, of Elizabethton, Tenn., and Carter & McKinney, of Johnson City, Tenn., for appellant.

Walter Faulkner and Courtnay C. Hamilton, both of Lebanon, Tenn., and J. H. Doughty, of Knoxville, Tenn., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**John HADLEY v. UNITED STATES of America.**

No. 518.

Circuit Court of Appeals, Tenth Circuit.

Jan. 13, 1932.

J. B. Dudley, of Oklahoma City, Okl., for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, COTTERAL, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

**J. A. HALLEY and Commercial Credit Co., Appellants, v. UNITED STATES of America.**

No. 9496.

Circuit Court of Appeals, Eighth Circuit.

June 29, 1932.

Owen Cunningham, of Des Moines, Iowa, and Duane R. Dills, of New York City, for appellants.

Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM.

Appeal as to appellant J. A. Halley dismissed without costs to either party in this court, but without prejudice to the right of the coappellant Commercial Credit Company to prosecute said appeal in its own behalf, per stipulation of parties.